UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of DELTA METALS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>JJBRUN JOINT VENTURE, LLC, and MARKEL INSURANCE COMPANY, <br><br>Defendants. | Case No. 4:22-cv-00290-LGW-CLR |

## ORDER

Before the Court is a "Stipulation of Dismissal of Plaintiff's Action With Prejudice and Dismissal of Defendants' Counterclaim," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs. (Doc. 36). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), this action has been DISMISSED WITH PREJUDICE. The Clerk of Court is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 21 day of November, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA